**No. 44229.—**—Protest 995518–G of Goldfarb Novelty Co. Application by plaintiff for rehearing granted.

AUGUST 23, 1940

**No. 44230.—**Suit 4293.——*Shell Eastern Petroleum Products, Inc., et al.* v. *United States.* C. D. 189 affirmed. C. A. D. 138.

**No. 44231.—**Suit 4249.——*Greenberg & Josefsberg* v. *United States.* C. D. 86 affirmed. C. A. D. 135.

AUGUST 26, 1940 .

**No. 44232.—**Suit 4278.——*S. Goldman* v. *United States.* C. D. 174 affirmed. C. A. D. 139.

BEFORE THE FIRST DIVISION, AUGUST 28, 1940

**No. 44233.—**Protests 520885–G, etc., of Henry Pollak, Inc. (New York).

Opinion by BROWN, J. It was stipulated that the merchandise is bodies, hoods, forms, or shapes similar to those the subject of *Cohn* v. *United States* (4 Cust. Ct. 166, C. D. 314). The protests were therefore sustained.

**No. 44234.—**Protests 585997–G, etc., of Henry Pollak, Inc. (New York).

Opinion by BROWN, J. It was stipulated that the merchandise is bodies, hoods, forms, or shapes similar to those the subject of *Cohn* v. *United States* (4 Cust. Ct. 166, C. D. 314). The protests were therefore sustained.

**No. 44235.—**Protests 832908–G, etc., of American Straw Goods Co. (New York).

Opinion by BROWN, J. It was stipulated that the merchandise is bodies, hoods, forms, or shapes similar to those the subject of *Cohn* v. *United States* (4 Cust. Ct. 166, C. D. 314). The protests were therefore sustained.